EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| *In re:*<br><br>Yanira Santiago Santiago | 2022 TSPR 52<br><br>209 DPR _____ |

Número del Caso: TS-16,390

Fecha: 22 de abril de 2022

Abogada de la parte peticionaria:

    Por derecho propio

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re*:<br><br>Yanira Santiago Santiago | TS-16,390 | Reinstalación al ejercicio de la notaría y aprobación de fianza notarial |

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de abril de 2022.

Examinada la *Moción en contestación a Resolución sobre solicitud de reinstalación al ejercicio de la notaría* presentada por la Lcda. Yanira Santiago Santiago, así como la *Certificación* emitida por el Programa de Educación Jurídica Continua (PEJC) el 19 de abril de 2022, se autoriza su reinstalación al ejercicio de la notaría.

Se aprueba la fianza otorgada por MAPFRE Praico Insurance Company, vigente desde el 3 de marzo de 2022, para garantizar las funciones notariales de la peticionaria. Remítase la fianza notarial al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Art. 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283 j) y copia certificada de esta Resolución a este funcionario y al Secretario de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal de la peticionaria. Se ordena a la parte peticionaria que recoja su obra notarial en el Archivo General de Protocolos del Distrito correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo